UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-23543-MGC

RAMON A. CASTELLANOS, *and all others similarly situated under 29 U.S.C. 216(b)*,

        Plaintiffs,

vs.

SANTA ROSA INSULATION & FIREPROOFING, LLC, RAFAEL PUIG, RAUL PUIG,

        Defendants.

_____

### PLAINTIFF'S STATEMENT OF CLAIM

Plaintiff, Ramon A. Castellanos, by and through undersigned counsel, hereby files his Statement of Claim.

**A.  Overtime Claim**

1. Period of Claim:                               September 5, 2013 through April 1, 2015
2. Number of weeks:                           82 weeks
3. Regular hourly rate:                         $6.00
4. Total hours worked per week on average:   75 hours per week
5. Approximate hours worked over 40 per week: 35
6. Applicable Federal Minimum wage:     $7.25 per hour
7. Applicable half time rate:                  $3.620 ($7.25 divided by two)
8. Difference owed to plaintiff:             $3.620/hr
9. Calculation of overtime wages owed:   $3.62/hr x 35hrs/wk x 82 weeks=$10,389.40
10. Double Damages:                           $10, 389.40 x by 2 = $20, 778.80

**Total based on the Federal scheme:**       **$20, 778.80.**



B. **Overtime Claim**[1]

1. First Period of Claim: September 5, 2013 through December 31, 2013
2. Number of weeks: 16 weeks
3. Regular hourly rate: $6.00
4. Total hours worked per week on average: 75 hours per week
5. Approximate hours worked over 40 per week: 35
6. Applicable *Florida* Minimum wage: $7.79 per hour
7. Applicable half time rate: $3.895 ($7.79 divided by two)
8. Difference owed to plaintiff: $3.895/hr
9. Calculation of overtime wages owed: $3.895/hr x 35hrs/wk x 16 weeks=$2,181.20
10. Double Damages: $2,181.20 x by 2 = $4,362.40

1. Second Period of Claim: January 1, 2014 through December 31, 2014
2. Number of weeks: 52 weeks
3. Regular hourly rate: $6.00
4. Total hours worked per week on average: 75 hours per week
5. Approximate hours worked over 40 per week: 35
6. Applicable *Florida* Minimum wage: $7.93 per hour
7. Applicable half time rate: $3.965 ($7.93 divided by two)
8. Difference owed to plaintiff: $3.965/hr
9. Calculation of overtime wages owed: $3.965/hr x 35hrs/wk x 52 weeks=$7,126.30
10. Double Damages: $7126.30 x by 2 = $14,432.60.

1. Third Period of Claim: January 1, 2015 through April 1, 2015

---

[1] Based on Florida law.

| | | |
|---|---|---|
| 2. | Number of weeks: | 12 weeks |
| 3. | Regular hourly rate: | $6.00 |
| 4. | Total hours worked per week on average: | 75 hours per week |
| 5. | Approximate hours worked over 40 per week: | 35 |
| 6. | Applicable *Florida* Minimum wage: | $8.05 per hour |
| 7. | Applicable half time rate: | $4.025 ($8.05 divided by two) |
| 8. | Difference owed to plaintiff: | $4.025/hr |
| 9. | Calculation of overtime wages owed: | $4.025/hr x 35hrs/wk x 12 weeks=$1,690.5 |
| 10. | Double Damages: | $1,690.5 = $3,381.00 |

**Total based on the Florida scheme: $22,181.60**

**C.     Federal Minimum Wage Claim**

| | | |
|---|---|---|
| 1. | Period of Claim: | September 5, 2013 through April 1, 2015 |
| 2. | Number of weeks: | 82 |
| 3. | Regular pay rate: | $6.00 |
| 4. | Total hours worked: | 75 hours per week |
| 5. | Hours claimed for minimum wage: | 75 per week |
| 6. | Applicable Federal Minimum wage: | $7.25 per hour |
| 7. | Difference owed: | $7.25 – 6.00 = $1.25 |
| 8. | Calculation of minimum wage owed: | $1.25/hr x 75 hrs/wk x 82 wks =$7,687.50 |
| 9. | Double Damages: | $7,687.50 x 2 =$15,375.00. |

**D.     Florida Minimum Wage Claim[2]**

The total amount of Florida minimum wages owed to the Employee for the periods specified below is **$11,520.00, unliquidated.**

---

[2] Plaintiff plans on amending his complaint to plead in the alternative, the Florida Minimum Wage allegations.

Period Claimed: 9/05/2013 – 12/31/2013
  Weeks: 16 (rounded down)
  Hours (worked per week): 75
  Minimum wage: $7.79/hr
  Wage paid: $6.00/hr
  Wage owed: $1.79/hr
  Amount owed: $1.79/hr x 75 hrs/week x 16 weeks = $2,148.00 x 2 = $4,368.00

Period Claimed: 01/01/2014 – 12/31/2014
  Weeks: 52
  Hours (worked per week): 75
  Minimum wage: $7.93/hr
  Wage paid: $6.00/hr
  Wage owed: $1.93/hr
  Amount owed: $1.93/hr x 75 hrs/week x 52 weeks = $7,527.00 x2 = $15,054.00

Period Claimed: 1/01/2015 – 04/01/2015
  Weeks: 12 (rounded down)
  Hours (worked per week): 75
  Minimum wage: $8.05/hr
  Wage paid: $6.00/hr
  Wage owed: $2.05/hr
  Amount owed: $2.05/hr x 75 hrs/week x 12 weeks = $1,845.00x2 = $3,690.00

Total Florida Minimum Wage damages liquidated equals $23,112.00.

Dated   October 21, 2015
       Miami Beach, Florida

                                           /s/Steven C. Fraser
                                        Steven C. Fraser, Esq.
                                        Fla. Bar No. 625825
                                        J.H. Zidell, P.A.
                                        Attorney for Plaintiff
                                        300 71st Street #605
                                        Miami Beach, Florida 33141
                                        Tel: (305) 865-6766
                                        Fax: (305) 865 – 7167
                                        Email: steven.fraser.esq@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 21, 2015, I electronically filed the foregoing Statement of Claim with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing. As of October 21, 2015, no attorney has filed an appearance.

      __/s/Steven C. Fraser__
Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com