UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-23543-EGT

RAMON A. CASTELLANOS, *and all others similarly situated under 29 U.S.C. 216(b)*,

        Plaintiffs,

vs.

SANTA ROSA INSULATION & FIREPROOFING, LLC, RAFAEL PUIG, RAUL PUIG,

        Defendants.
_____

## JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT AND DISMISSAL OF CASE WITH PREJUDICE

The Parties, by and through their undersigned counsel, respectfully move this Court for approval of their Settlement Agreement and Mutual Release, resolving the matter as set forth therein. In support thereof, the Parties state as follows:

1. Plaintiff RAMON A. CASTELLANOS filed claims under case number 15-cv-23543-EGT under the Fair Labor Standards Act (FLSA), the Florida Statutes, and the Florida Constitution for minimum wage and overtime wages whereby Plaintiff alleged that he was not paid the appropriate minimum wages and overtime wages for the work he performed for Defendants.

2. Defendants deny Plaintiff's allegations in their entirety and assert affirmative defenses. Defendants state that Plaintiffs were properly compensated for all hours worked during their employment and that no overtime wages are due or owing. However, Defendants have agreed to enter into a settlement agreement with Plaintiffs for the sole purpose of avoiding the costs and uncertainty of litigation.

3.	The Parties have engaged in settlement negotiations, resulting in an accord and satisfaction embodied in the Confidential Settlement Agreement Waiver and Release the Parties signed, and which the Parties believe and agree represents a fair, reasonable, and adequate settlement of Plaintiff's claims against Defendants.

4.	A copy of the Confidential Settlement Agreement Waiver and Release has been submitted to the Court via email simultaneously with the filing of this Motion.

5.	The Parties are in agreement that this Court may enter an Order Approving Settlement Agreement, Dismissing Complaint with Prejudice as to Defendants, and Closing Case, after scrutinizing the settlement for fairness and approving the settlement.  See <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350, 1352-53 (11th Cir. 1982).

6.	Aside from Plaintiff and Defendants, there are no other parties to this action.

**WHEREFORE**, the Parties respectfully request that this Court: (1) approve the Parties' Confidential Settlement Agreement Waiver and Release, resolving the matter on the terms set forth therein; and (2) dismiss this case against with prejudice against Defendants; (3) retain jurisdiction for the limited purpose of enforcing the Parties' Confidential Settlement Agreement Waiver and Release.


Respectfully submitted,


| | |
|---|---|
| */s/ Stephen M. Fox Jr* | */s/ Jason Katz* |
| STEPHEN MICHAEL FOX, JR. Esq. | JASON DAVID KATZ, Esq. |
| Florida Bar No. 110359 | Florida Bar No. 13593 |
| E-mail: Stephen.fox.esq@gmail.com | E-mail: Jason@jkatzlaw.com |
| | |
| J.H. ZIDELL, P.A. | Law Office of Jason D. Katz |
| 300 71st Street, Suite 605 | 3325 S. University Drive |
| Miami Beach, Florida  33141 | Suite 210 |

Telephone: 305.865.6766                     Davie, FL 33328
Facsimile: 305.865.7167                     954-494-5732
ATTORNEYS FOR PLAINTIFFS         954-530-0926 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-23543-EGT

RAMON A. CASTELLANOS, *and all others* )
*similarly situated under 29 U.S.C. 216(b)*, )
)
                Plaintiffs, )
vs. )
)
SANTA ROSA INSULATION & )
FIREPROOFING, LLC, RAFAEL PUIG, )
RAUL PUIG, )
)
                Defendants. )
_____ )

### ORDER APPROVING JOINT MOTION FOR APPROVAL OF PARTIES' SETTLEMENTAGREEMENT AND STIPULATED DISMISSAL WITH PREJUDICE

Having reviewed the Confidential Settlement Agreement Waiver and Release between Plaintiff, RAMON A. CASTELLANOS and Defendants, SANTA ROSA INSULATION & FIREPROOFING, LLC, RAFAEL PUIG, and RAUL PUIG, and it appears to the Court that due cause exists to approve settlement and dismiss the case with prejudice regarding Plaintiff's claims against Defendants and enter Final Judgments regarding Plaintiffs' claims against Santa Rosa Insulation & Fireproofing, LLC, Rafael Puig, and Raul Puig, with the Court to retain jurisdiction to enforce the terms of the Confidential Settlement Agreement Waiver and Release. And therefore, it is:

**ORDERED,** and **ADJUDGED** that the Settlement Agreement is hereby **APPROVED** by the Court under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), and this case is **DISMISSED WITH PREJUDICE as to of Plaintiff's claims against Defendants,** with the Court to enter Final Judgments against Santa Rosa Insulation & Fireproofing, LLC, Rafael Puig, and Raul Puig,, pursuant to the terms of the Confidential Settlement Agreement,

Waiver and Release and with the Court to retain jurisdiction to enforce the terms of the Confidential Settlement Agreement, Waiver and Release.

**DONE AND ORDERED** in chambers, at Miami, Florida, this _____ day of _____ 2016.

_____
EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record